**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 202 MM 2018 |
| | : | |
| Respondent | : | |
| | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| | : | |
| CHARLES E. TOWNSEND, | : | |
| | : | |
| Petitioner | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 21st day of February, 2019, the Application for King's Bench Jurisdiction or Extraordinary Jurisdiction is DENIED, and the Application for Leave to File an Answer *Nunc Pro Tunc* is DISMISSED AS MOOT.